AO 455 (Rev. 5/85)   Waiver of Indictment   ⊕

# United States District Court

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

UNITED STATES OF AMERICA

V.

BERNADETTE ESCUE

**WAIVER OF INDICTMENT**

CASE NUMBER: CR-07-00610 JF

I, _____ BERNADETTE ESCUE _____, the above named defendant, who is accused of

18 USC 1343 - WIRE FRAUD

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on _____ OCT. 11 2007 _____ prosecution by indictment and consent that the
Date

proceeding may be by information rather than by indictment.

FILED

OCT 11 2007

RICH...
CLERK, U.S. ...
NORTHERN DISTR...
SAN JO... ...A

_____ Bernadette Escue _____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer