UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, October 17, 2007
**Case Number:** CR-07-00610-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | UNITED STATES OF AMERICA V. BERNADETTE ESCUE |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| United States | Bernadette Escue |
| **Attorneys Present:** Joseph Fazioli | **Attorneys Present:** Mark Vermeulen |

PROCEEDINGS:

　　Disposition hearing held. Counsel and defendant are present.
　Defendant pleads guilty to count 1 of the Information. Continued to 1/30/08 at 9:00 a.m.
　for judgment and sentencing.