UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 07-00610 JF |
| Plaintiff, | ) |
| v. | ) **[Proposed]** |
| | ) **ORDER PERMITTING TRAVEL** |
| BERNADETTE ESCUE, | ) |
| Defendant. | ) |

Pursuant to the *ex parte* application submitted by Defendant Bernadette Escue, with the consent of the supervising Pretrial Services Officer and the Assistant U.S. Attorney handling this matter, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Bernadette Escue shall be permitted to travel to and from Dallas, Texas (traveling to Dallas by car) from approximately November 20 – 30, 2007, and that she shall be permitted to travel similarly to and from Dallas, Texas into the future, as necessary, subject to her (1) notifying Pretrial Services in advance of travel, (2) providing Pretrial Services with an itinerary of her planned travel and contact information during the dates of travel, and (3) providing Pretrial Services with any documentation necessary to verify such travel.

IT IS SO ORDERED.

Dated: _____          _____
                                        Richard Seeborg
                                        United States Magistrate Judge