UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00610 JF |
| Plaintiff, | ) | |
| | ) | **[Proposed]** |
| v. | ) | **ORDER PERMITTING TRAVEL** |
| | ) | |
| BERNADETTE ESCUE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the *ex parte* application submitted by Defendant Bernadette Escue, with the supervising Pretrial Services Officer and the Assistant U.S. Attorney handling this matter indicating that they have no objection to the request travel, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Escue shall be permitted to travel to and from Portland, Oregon on January 14-15, 2008.

IT IS FURTHER ORDERED that Defendant Escue is permitted to remain outside the Northern District of California during this time, that she shall provide to Pretrial Services her itinerary and contact information, and that she shall comply with any conditions imposed by Pretrial Services in connection with this travel.

IT IS SO ORDERED.

Dated: _____          _____

Jeremy Fogel
United States District Judge