Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Attorney for Defendant
BERNADETTE ESCUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>       Plaintiff, ) <br>     v. ) <br> BERNADETTE ESCUE, ) <br>       Defendant. ) <br> _____ ) | No. CR 07-00610 JF <br><br> ***EX PARTE* APPLICATION FOR ORDER PERMITTING TRAVEL FOR NEW EMPLOYMENT UPON NOTIFICATION TO AND APPROVAL OF PRETRIAL SERVICES, SUBMITTED WITH THE APPROVAL OF THE AUSA AND PRETRIAL SERVICES; DECLARATION OF COUNSEL** |

    Defendant Bernadette Escue, through counsel, applies for permission to travel to and from Portland, Oregon beginning January 28, 2008, so that she may work at the new job for which she recently was accepted in Portland, which job is to begin February 2, 2008.  Also, because this involves ongoing employment of an undetermined duration, Ms. Escue further requests that such travel be permitted into the future subject to her (1) notifying Pretrial Services in advance of her intended travel and providing Pretrial Services with an itinerary of her intended travel and lodging and contact information during the dates of travel, (2) obtaining the approval of Pretrial Services, and (3) upon her return, providing Pretrial Services with any documentation necessary to verify such travel.

    This application is submitted after consultation with the supervising Pretrial Services Officer and the AUSA handling this matter, both of whom have informed counsel that they have no objection to this proposal.

/ / /

- 1 -

This Application is based on the attached *Declaration Of Counsel*. A proposed order accompanies this application.

Dated:  January 21, 2008                                   Respectfully submitted,


                                                           __/S/_____
                                                           Mark R. Vermeulen
                                                           Attorney for Defendant
                                                           BERNADETTE ESCUE

**DECLARATION OF COUNSEL**

I, Mark R. Vermeulen, declare:

1. I am an attorney duly admitted to practice before this Court and I represent Defendant Bernadette Escue in this action.

2. I request that Ms. Escue be permitted to travel to and from Portland, Oregon. She recently was offered employment in Portland, which is to begin on approximately February 1, 2008. She therefore needs to travel to and from that city. She will continue to reside in the Bay Area, where she otherwise cares for her elderly parents. Her travel will sometimes be by airplane, and sometimes by ground travel (driving or other ground transportation).

3. Because this involves ongoing employment of a currently undetermined duration, I further request that such travel be permitted into the future on an ongoing basis subject to her (1) notifying Pretrial Services in advance of the intended travel and lodging and providing Pretrial Services with an itinerary of her intended travel and contact information during the dates of travel, (2) obtaining the approval of Pretrial Services, and (3) upon her return, providing Pretrial Services with any documentation necessary to verify such travel.

4. I have spoken with Pretrial Services Officer Tim Elder, the officer assigned to this case, and with Joe Fazioli, the AUSA handling this case, and we've discussed this situation. I have provided each of them with a copy of this *Application* and the accompanying *[Proposed] Order Permitting Travel* in advance of filing these documents, and they each have informed me that they have no objection to this request.

5. I will email a copy of this *Application* and the accompanying *[Proposed] Order Permitting Travel* to Pretrial Services Officer Tim Elder on the same date I file this via ECF, and a copy of each will be provided to AUSA Joe Fazioli automatically via ECF filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2008 at San Francisco, CA.


      /S/_____
      Mark R. Vermeulen