FILED

JAN 23 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-00610 JF |
|---|---|
| Plaintiff, | ) |
| | ) [Proposed] |
| v. | ) ORDER PERMITTING TRAVEL |
| BERNADETTE ESCUE, | ) |
| | ) |
| Defendant. | ) |

Pursuant to the *ex parte* application submitted by Defendant Bernadette Escue, with the consent of the supervising Pretrial Services Officer and the Assistant U.S. Attorney handling this matter, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Bernadette Escue shall be permitted to travel to and from Portland, Oregon beginning January 28, 2008, so that she may work at the new job for which she recently was accepted in Portland. She shall be permitted to travel similarly to and from Portland into the future, as necessary, subject to her (1) notifying Pretrial Services in advance of her intended travel and lodging and providing Pretrial Services with an itinerary of her intended travel and contact information during the dates of travel, (2) obtaining the approval of Pretrial Services, and (3) upon her return, providing Pretrial Services with any documentation necessary to verify such travel.

IT IS SO ORDERED.

Dated: 1/23/08

Richard Seeborg
United States Magistrate Judge