1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5061
7     Facsimile: (408) 535-5081
      E-Mail:  joseph.fazioli@usdoj.gov
8
   Attorneys for the United States
9

10                          UNITED STATES DISTRICT COURT
11                        NORTHERN DISTRICT OF CALIFORNIA
12                                SAN JOSE DIVISION
13

14  UNITED STATES OF AMERICA,           )   No. CR 07-00610 JF
15                                      )
         Plaintiff,                     )
16                                      )   STIPULATION AND [PROPOSED]
         v.                             )   ORDER RESCHEDULING SENTENCING
17                                      )
    BERNADETTE ESCUE,                   )
18                                      )
         Defendant.                     )
19                                      )

20       The sentencing of the defendant (who is out of custody) is currently scheduled for
21  Wednesday, April 16, 2008.  The United States now requests that defendant's sentencing be
22  rescheduled to April 30, 2008.  Defense counsel does not oppose this request. Undersigned
23  government counsel has a scheduling conflict that now prevents him from attending sentencing
24  on April 16, 2008.  In addition, the parties would like additional time to resolve any potential
25  objections to the presentence report and to make their respective sentencing recommendations.
26  The probation officer assigned to this case, Lori Timmons, has indicated that she would be
27  available for sentencing on April 30, 2008.  It is the parties' understanding that the Court is also
28  available on April 30, 2008.

STIPULATION AND [PROPOSED] ORDER
CR 07-00610 JF

1    In light of the above, the parties agree, and the Court finds and holds, as follows:

2    1.   This matter is set for sentencing on April 30, 2008, at 9:00 a.m.

3

4    STIPULATED:

5    DATED:    03/25/08                    _____/s/_____
                                           MARK R. VERMEULEN
6                                          Attorney for Defendant

7

8    DATED:    3/25/08                     _____/s/_____
                                           JOSEPH A. FAZIOLI
9                                          Assistant United States Attorney

10   IT IS SO ORDERED.

11   DATED:_____              _____
                                         JEREMY FOGEL
12                                       UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 07-00610 JF