UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00610 JF |
| Plaintiff, | ) | |
| | ) | **[Proposed]** |
| v. | ) | **ORDER PERMITTING TRAVEL** |
| | ) | |
| BERNADETTE ESCUE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the *ex parte* application submitted by Defendant Bernadette Escue, with the consent of the supervising Pretrial Services Officer and the Assistant U.S. Attorney, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Bernadette Escue shall be permitted to travel to and from Seattle, Washington from April 21-25, 2008, so that she may attend an orientation program offered to new hires by her new employer during those dates.

IT IS FURTHER ORDERED that Defendant Escue is permitted to remain outside the Northern District of California during this time, that she shall provide to Pretrial Services her itinerary and contact information, and that she shall comply with any conditions imposed by Pretrial Services in connection with this travel.

IT IS SO ORDERED.

Dated: _____           _____

                                                   Jeremy Fogel
                                                   United States District Judge