# EXHIBIT A

Letters of support/reference

Charles H. Stephanski
410 Mill Pond Drive
San Jose, California  95125
408 605 2113

March 2, 2008

To Whom It May Concern:

I have personally known Bernadette Escue since she was in 9th grade of high school in San Leandro CA.  She and my daughter were best of friends through their high school years.  As a friend, she was a very frequent visitor to our home.  Bernadette married my son in June of 1984.  During the six years they were married my wife and I saw Bernadette as a family member.  She was a team player at family functions, helping with planning and activities.

If you could possibly imagine the utter shock my wife and I received when I read about Bernadette's troubles in my morning paper, you could understand our personal opinion of this young woman and her character.  We thought at first that there had been some mistake.

Bernadette is a caring and loving mother.  Her son Julian, now a college freshman, is on a rowing team at Gonzaga University in Spokane, Washington.  Bernadette's parenting skills have helped Julian mature and grow into a law biding responsible young adult with excellent potential.  One might consider this reflective of the character, values and morals of both his parents.

Motivated by love and concern for her son and his future, Bernadette exercised very poor judgment.  Her actions, while very ill-considered, were certainly not criminal by intent.  While I do not have personal knowledge of all aspects of her case, I strongly believe that she has learned a poignant lesson and is positively no risk in any way to society.  Putting Bernadette in prison would be a terrible mistake.  I personally feel that even home detention is unwarranted in this case.

Sincerely,

*[signature]*

Charles H. Stephanski
Former father-in-law

March 26, 2008

To Whom It May Concern:

My name is Annie Stephanski Allen and I live in Pleasant Hill, California. Bernadette and I became friends during seventh grade, in 1977. We were cheerleaders together, shopped, played with makeup, listened to music, attended concerts, had slumber parties, and shared a great friendship throughout Junior High and High School.

One year after graduating, Bernadette married my oldest brother. This was fantastic; we continued our friendship, but now she was an official member of my family! We had many friends in common, continued to spend holidays together, held Super Bowl parties and cookouts, and for a time were roommates. In 1989, Bernadette and my brother brought their baby son, my first nephew, Julian, into our family. Unfortunately, the marriage didn't last, but our friendship endured.

Bernadette is a warm, gracious, charming woman. She loves to cook, and everyone is welcome at her table. Two years ago, my sister sent her teenaged daughters from Georgia to spent part of their summer vacation with me. My two nieces, my two daughters, and I spent a day in San Francisco with my brother and my nephew, Julian. Afterward, Julian took us home to Bernadette's house. We dropped in unannounced, but Bernadette hugged us all, made a huge pot of pasta, retrieved a bin of old family photos and reminisced with us for hours. My nieces said it was a highlight of their visit. This is typical Bernadette; open arms for hugs and a humming kitchen to feed everyone.

Now that I live in the East Bay and have two school-aged children, Bernadette and I don't have opportunity to get together often. But our relationship is one that flourishes even with infrequent visits. Bernadette has been part of my life for so long; we know that our friendship can lie dormant for a few months, but it wakes up quickly whenever we find time to spend together.

Bernadette has been a great asset to her family. She helped care for her dying grandmother, and continues to share in the care of her aging parents. She is compassionate and responsible. She has been a wonderful mother to my nephew. I credit Bernadette tremendously for the way he's turned out; he has grown into a thoughtful, personable, intelligent young man.

I cannot imagine that being sent to prison would serve the greater good. Bernadette is not a danger to society, and has surely demonstrated the ability to admit her mistakes and take responsibility for her actions. It is my fondest hope at this time that Bernadette receives probation or home detention. She should absolutely be required to pay her debt to society, but should be allowed to contribute as a productive member of that society. She is a talented woman who should be allowed to use her talents to support herself outside of prison, and not further burden the overtaxed prison system.

Thank you for your consideration.

Most Sincerely,

*[signature]*
Margaret Anne Stephanski Allen

February 10, 2008

Re: Letter of Reference for Bernadette Escue

To Whom it May Concern:

I am writing this letter in support of Bernadette Escue. I am aware of the case pending and would like to share about my knowledge and relationship with her. I have been a colleague and have grown into a friend of Bernadette's for almost 8 years. We served on the Board of Directors of the Non Profit Gay and Lesbian Softball League (GSL) in San Francisco and collaborated on work in different capacities with the National Association of Gay Amateur Athletes (NAGAA). We are also very good friends.

Bernadette was the first person to encourage me to serve on the Board of Directors. She helped me understand the value of contributing positively to a community I felt strongly about. She also taught me to be a part of a solution by participating in decision making. She demonstrated, through her own participation and encouragement the value of volunteerism and how one person can make a difference in the lives of others.

I have also watched Bernadette raise her son. He is a beautiful person due in part to Bernadette's parenting and community. I know she wants the best for him which may be where the problems for her began. I do believe Bernadette has learned from this experience and has taken steps to improve her life and relationship to money. I further believe Bernadette has taken responsibility for her actions and is suffering as a result of her poor choices.

As Bernadette's friend, it was important for me to understand how Bernadette found her self in a place where she would make the choices she did that led to this legal case. I believe she is still trying to learn the life lessons necessary to make sure this never happens again, and I do believe she is suffering the consequences of her actions. For Bernadette, public and private humiliation and financial payment are consequence enough. I do not believe jail time would serve any purpose. She has served her community in so many positive ways, I would hope those contributions would play in her favor when considering if she needs further consequences to learn from her mistakes.

Sincerely,

Janeen Smith MFT

January 28, 2008

To Whom It May Concern:

Re: Bernadette Escue

I have known Bernadette Escue since December 2000. I initially met Bernadette when I was the Regional Director Sales for Wyndham International and she worked at Network Appliance.

We have stayed in touch over the years and I really got to know Bernadette after she left Network Appliance and went to work for Covad Systems.

Bernadette has in the last 6 years been a very good friend. I find her to be caring, giving of herself and her time to the NAAGAW organization as well as taking care of her friends and family.

There are people that should be incarcerated and I feel strongly that Bernadette may have made a mistake but by incarcerating her will only do irreparable harm to her and her family. Her spirit is good and her heart is better – I believe Bernadette would respond well to home detention and probation as she is a person who made a mistake and has changed to build a character that I personally will attest to. In the past 6 years Bernadette has committed to helping those around her. Her personality is upbeat and her attitude is one of joy and peace.

I know Bernadette has learned from the experience and I know that she is and can be a productive and law-abiding citizen and member of our community. She is a caring and helpful individual who loves her child, her family and friends.

Feel free to call me personally if I can provide additional help.

Sincerely,

Deborah Greene
925-251-6154 (work)
209-401-2324 (cell)

January 23, 2008

Re: U.S. v. Bernadette Escue
US District Court (San Jose) No. CR-07-00610 JF

To Whom It May Concern:

My name is Cheryl Barlow and I am writing to share my experience, impression and opinion of Bernadette Escue for the purpose of reviewing her wire fraud case.

Bernadette and I have been friends, roommates and long distance "sisters of the heart" ever since we met in the fall of 1991. I was immediately impressed with Bernadette's class, charm and wit and to this day value her precious friendship. Over the years I have found her to be bright, easy going, resilient, encouraging, self-sacrificing, and above all devoted to those she loves.

She has always been there for her son, parents, brother, grandparents, and other extended family members. Whether driving her ailing parents to a doctor's appointment, overseeing the nursing home care for her grandmother or simply babysitting her nephew & niece. I have the utmost respect for any single mom raising a child in the "big city" and Bernadette's imprint, influence and affection for her son are clearly apparent in the exemplary young man that he is turning out to be.

Bernadette is also loyal to her close-knit group of friends and stands as a stellar figure in her community. When I moved from San Francisco to Utah I sincerely missed the Sunday brunches and impromptu BBQ's that always seemed to end up at Bernadette's house. And you never have to ask Bernadette twice for a favor; her immediate response---sometimes even before you finish the question--- is always, "Sure, what do you need?" I can't count the numerous fundraisers she's been involved in, the board's she's sat on, the number of people she's helped move or the year's she's managed a local baseball team.

Personally, I have confided in and relied on Bernadette in every facet of my life. There hasn't been a detail too intimate or worry too silly to share with her. She can find the perspective you lost, bring out the humor in any situation, and remind you that no matter how you feel, you aren't alone and somebody does love you. That is an amazing gift. When I went through my own court battle (custody) I watched as many people that I thought were friends take sides and turn away from me. Bernadette never faltered for a second or questioned anything that happened, even from long distance she remained a sweet reliable comfort.

I admit that I was totally surprised when Bernadette told me about the poor choices she made that brought her to this literal trial in her life. I was not surprised, however, in Bernadette's willingness to admit her wrong-doing and her fortitude to make amends for her bad decision. She truly is a woman of integrity, even when the consequences are severe.

I can see the downhill progression that can follow a few hard knocks combined with some terrible timing because I have been there---we've all been there; perhaps not to this magnitude, but definitely on some level. There is no doubt in my mind that nothing like this will ever happen in Bernadette's life again and I pray that this hard lesson will assist her to learn how to ask for the help she so easily offers others.

Sincerely

*Cheryl Barlow*

Cheryl Barlow
1921 West 1980 North
St. George UT 84770
(435) 231-4961