# EXHIBIT C

March 3, 2008 email communications among defense counsel, the AUSA and the Probation Officer, addressing restitution

## Mark Vermeulen

**From:** Mark Vermeulen [vermeulen@mindspring.com]
**Sent:** Monday, March 03, 2008 4:18 PM
**To:** 'lori_timmons@canp.uscourts.gov'
**Cc:** 'Fazioli, Joseph (USACAN)'
**Subject:** Bernadette Escue - restitution amount

Lori:

Following our conversation, attached are the following documents from discovery (contained in the initial discovery I received, and hand-numbered as Bates pages 32-33):

- Letter dated August 6, 2004 from Chubb Group to AUSA Matt Harris (noting loss in the amount of $90,297)
- "Release and Assignment" dated June 8, 2004 (signed by Network on July 26, 2004, noting payment to Network of $40,297.53, with a hand-written notation of a $50,000 deductible)

By these documents, it seems loss and restitution should be set at $90,297.53.

You noted that your belief in the draft PSR that restitution equals $95,619.21 (draft PSR, p. 5, ¶ 20) was derived from notes provided to you by Joe or the case agent. I don't have those notes. Please provide those to me if there will continue to be a controversy over whether restitution is set at $90,297.53.

Thanks.

Mark


Mark R. Vermeulen
Attorney at Law
755 Florida Street #4
San Francisco, CA 94110.2044
415.824.7533
415.824.4833 (fax)
vermeulen@mindspring.com

4/22/2008

## Mark Vermeulen

**From:** Mark Vermeulen [vermeulen@mindspring.com]
**Sent:** Monday, March 03, 2008 4:50 PM
**To:** 'Fazioli, Joseph (USACAN)'; 'lori_timmons@canp.uscourts.gov'
**Subject:** RE: Bernadette Escue - restitution amount

Joe:

Got it. The typewritten pages with the handwritten notes on the final page. Sorry for my oversight, and thanks for clarifying.

Let me/us know what you think further.

Mark

-----Original Message-----
**From:** Fazioli, Joseph (USACAN) [mailto:Joseph.Fazioli@usdoj.gov]
**Sent:** Monday, March 03, 2008 4:41 PM
**To:** Mark Vermeulen; lori_timmons@canp.uscourts.gov
**Subject:** RE: Bernadette Escue - restitution amount

Mark,
You do have the notes for the $95,69.21 figure, they are right at the front of the materials I sent to Lori T on 11/27/07 and subsequently faxed to you in their entirety on 1/10/08 (the spreadsheet for the 95K figure is right after the letter to Ms. Timmons, and the 302 dated 10/19/07). That being said, let me take a look at the documents to see what our position will be regarding what should be the appropriate restitution amount.
Joe

**From:** Mark Vermeulen [mailto:vermeulen@mindspring.com]
**Sent:** Monday, March 03, 2008 4:18 PM
**To:** lori_timmons@canp.uscourts.gov
**Cc:** Fazioli, Joseph (USACAN)
**Subject:** Bernadette Escue - restitution amount

Lori:

Following our conversation, attached are the following documents from discovery (contained in the initial discovery I received, and hand-numbered as Bates pages 32-33):
- Letter dated August 6, 2004 from Chubb Group to AUSA Matt Harris (noting loss in the amount of $90,297)
- "Release and Assignment" dated June 8, 2004 (signed by Network on July 26, 2004, noting payment to Network of $40,297.53, with a hand-written notation of a $50,000 deductible)

By these documents, it seems loss and restitution should be set at $90,297.53.

You noted that your belief in the draft PSR that restitution equals $95,619.21 (draft PSR, p. 5, ¶ 20) was derived from notes provided to you by Joe or the case agent. I don't have those notes.

Please provide those to me if there will continue to be a controversy over whether restitution is set at $90,297.53.

Thanks.

Mark

Mark R. Vermeulen
Attorney at Law
755 Florida Street #4
San Francisco, CA 94110.2044
415.824.7533
415.824.4833 (fax)
vermeulen@mindspring.com