UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Judgment and Sentencing Hearing, May 8, 2008
**Case Number:** CR-07-00610-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**   **UNITED STATES OF AMERICA V. BERNADETTE ESCUE**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Bernadette Escue |
| **Attorneys Present:** Joseph Fazioli | **Attorneys Present:** Mark Vermeulen |

PROCEEDINGS:

Judgment and sentencing hearing held. Counsel and defendant are present. Defendant is sentenced to 12 months and 1 day on count 1 of the Information; 3 years supervised release and $100.00 special assessment. Restitution hearing set for 7/16/08 at 9:00 a.m. Defendant shall self-surrender on 9/12/08.