UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>V.<br><br>BERNADETTE ESCUE,<br>   Defendant.<br>_____/ | Case No. CR-07-00610-JF<br><br>SEALING ORDER PURSUANT<br>TO GENERAL ORDER 54 |

  The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

  x Presentence Report

  _ Plea Agreement

  x Statement of Reasons

IT IS SO ORDERED.

DATED: May 19, 2008

                 JEREMY FOGEL
                 United States District Judge