UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00610 JF |
| Plaintiff, | ) | |
| | ) | **[Proposed]** |
| v. | ) | **ORDER FOR ISSUANCE OF SUBPOENAS** |
| | ) | *DUCES TECUM* |
| BERNADETTE ESCUE, | ) | |
| Defendant. | ) | |
| | ) | |

Upon application of counsel for Defendant Bernadette Escue pursuant to Fed.R.Crim.P. 17(c) and L.R. 17-2, and good cause appearing,

IT IS HEREBY ORDERED that the accompanying subpoenas *duces tecum* shall issue commanding the production of the following materials by Network Appliance, Inc. and Huron Consulting Group, as set forth more fully in the subpoenas *duces tecum*:

Records to be produced:

1. All documents and records that provide support for professional fee charges for the individuals listed below in connection with the request(s) for restitution in this case, including but not limited to timesheets prepared by the listed employees to verify hours billed in invoice number 103109 dated January 29, 2004 and invoice number 102637 dated December 17, 2003:
   a. Richard Pimentel
   b. James Leach
   c. Peter Blessing
   d. Catherine Suer
   e. Dylan Wells
2. A detailed description of the tasks and work performed for the individuals listed above for each separate time entry.

- 1 -

3. All engagement letters and all communications between Network Appliance, Inc. and Huron Consulting Group, including but not limited to details regarding the scope of work to be performed and the rates to be charged.

4. All supporting documentation related to expenses incurred.

IT IS FURTHER ORDERED that these records shall be produced within two weeks of the issuance of the subpoenas *duces tecum*.

IT IS FURTHER ORDERED that the fees and expenses associated with production of the persons and materials so subpoenaed shall be paid as if the records had been subpoenaed by the Government.

IT IS FURTHER ORDERED that Network Appliance, Inc. and Huron Consulting Group shall produce these materials simultaneously to the Court, the Assistant U.S. Attorney Joseph Fazioli, defense counsel Mark Vermeulen, and U.S. Probation Officer Lori Timmons.

IT IS SO ORDERED.

Dated: _____       _____
                                     Jeremy Fogel
                                     United States District Judge