Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Attorney for Defendant
BERNADETTE ESCUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 07-00610 JF |
|     Plaintiff, | ) |
|  | ) **[Proposed]** |
| v. | ) **ORDER CONTINUING SENTENCING** |
|  | ) **HEARING RE: RESTITUTION** |
| BERNADETTE ESCUE, | ) |
|     Defendant. | ) |
|  | ) |

Defendant Bernadette Escue, through counsel, has moved to continue the sentencing hearing regarding restitution (see Doc. 41), which currently is scheduled for July 16, 2008.  The Court has read and considered the motion, along with the *Notice Of Defendant's Waiver Re: 90-Day Rule Under 18 U.S.C. § 3664(d)(5)* (Doc. 42) and the recently issued *Order for Issuance of Subpoenas Duces Tecum* (Doc. 43).  Good cause appearing,

**IT IS HEREBY ORDERED** that the sentencing hearing regarding restitution shall be continued to September 3, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                          Jeremy Fogel
                                                                          United States District Judge