05/28/2008 08:18 PM EST

**Case Debt Type Payment Report**
U.S. Courts

Version 7.0.1

San Jose

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Acctg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | BERNADETTE ESCUE | DCAN507CR000610 | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 5461003163 | 1 | PR | 100.00 | 05/12/2008 |

Division Payment Total  100.00

Grand Total  100.00

Page 1 of 1

FILED
JUL 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

$100.00 SPECIAL ASSESSMENT ON 5/12/2008
PAID IN FULL