EXHIBIT A
to accompany *Declaration Of Dixon Grier, C.P.A.*

Curriculum Vitae of R. Dixon Grier



# R. Dixon Grier, CPA

**POSITION:**
    Partner, Matson, Driscoll & Damico

**EDUCATION:**
    BBA Georgia State University - Atlanta, GA - June 1978
    Certified Public Accountant – California

**EMPLOYMENT:**
    **JOHNSON, ATWATER & COMPANY -** Atlanta, GA
    Staff Accountant (October 1977 - April 1979)

    **MATSON, DRISCOLL & DAMICO -** Atlanta, GA
(May 1979 - September 1985)
Advanced from staff accountant to senior accountant to manager.  Duties included supervision of reviews for claims on large business interruption, stock, property damage, contaminated product, jewelers block, builders risk and catastrophe losses.  Provided litigation support on subrogation, fraud, liability, lost earnings, lost wages and arson assignments and expert testimony in district, state and federal courts.

    **MATSON, DRISCOLL & DAMICO -** Los Angeles, CA / San Francisco, CA / Seattle, WA / Vancouver, WA  (October 1985 - Present)
In addition to responsibilities mentioned above, started and became Managing Partner of firm's four West Coast offices.  Responsible for West Coast office growth from a two person single office to four offices.  Member of the firm's Global Executive Committee, which manages the firm's thirty worldwide offices.

Examples of industries where damages were reviewed:

- <u>Retail & Wholesale Operations</u>

- <u>Manufacturing Concerns</u>

  | | | |
  |---|---|---|
  | Pulp & Paper | Computers | Semi-conductors |
  | Chemicals | Textiles | Grain Elevators |
  | Foundries | Lumber | Generation Facilities |
  | Utility Distribution | Mining | Government Contractors |
  | Pharmaceuticals | Furniture | Food Packaging Plants |
  | Oil & Gas Pipelines | Oil Refineries | Agriculture |

- <u>Service Industries</u>

  | | | |
  |---|---|---|
  | Hotels | Medical Centers | Financial Institutions |
  | Restaurants | High Tech | Building Contractors |
  | Shopping Centers | Colleges/Universities | Transportation |
  | Investment Banking | Public Utilities | Commercial Real Estate |

**ORGANIZATIONS:**
    American Institute of Certified Public Accountants
    California Society of Certified Public Accountants

1535 Treat Boulevard
Walnut Creek, CA 94598
925-933-3301
925-933-3323 (f)
dgrier@mdd.net





## R. Dixon Grier, CPA
## Partner

1535 Treat Boulevard
Walnut Creek, CA 94598
925-933-3301
925-933-3323 (f)
dgrier@mdd.net

**Summary of Expert Testimony**

Carona Engineers, Inc. vs. Regent Properties 1, LLC; et. Al. - Superior Court of the State of California in and for the County of Alameda - Testimony & Deposition - 2004 & 2003

Jane Doe I; et. al. vs. Lakrieddy Bali Reddy, et. al. - United States District Court for the Northern District of California - Deposition - 2004 - C-02-5570-WHA

Kevin L. Howard & Mary Howard vs. Third and Mission Associates, LLC; Pankow Residential Builder II, et. al. - Superior Court of the State of California in and for the County of San Francisco - Testimony & Deposition - 2004

In the Matter of The Arbitration Between Zurich American Insurance Company, Petitioner, against Continental Casualty Company, by and through CNA RE, Respondent – Testimony - 2005

American Guarantee and Liability Insurance Company as subrogee of Hercules Tire & Rubber Company vs. Select Personnel Services, Inc., Team Warehouse Personnel, et. al. - Superior Court of the State of California in and for the County of Los Angeles - South Central District - Deposition - 2006 - TC018666

Mohamad Rashedi, Gregory Saylor, Integrated Support Services, et. al., vs. John McCue, McCue Systems, Inc., et. al. - Superior Court of the State of California in and for the County of San Mateo - Deposition - 2006 - 409859

Sentry Insurance A Mutual Company vs. U.S. Reports, Inc., Formerly Known as Golden Coast Management Services, Inc. - District Court of Central California - Testimony Pending & Deposition - 2007 - CV05-6174-GHK (CWx)

Santana Row Hotel Partners, LP vs. Zurich America Insurance Company, Gallagher - Papino, Inc. - District Court of Northern California - Deposition - 2007 - C05-00198 JW

James Gonsalves vs. BT Prime-Mover, Inc., Accurate Forklift, Inc., Does One through Twenty Inclusive - Superior Court of the State of California in and for the County of Sonoma - Testimony Pending & Deposition - 2007 - SCV 232302

Sameer Advani vs. Delirium Cocktails, Inc., Thomas W. Brasso dba Delirium Cocktails, Richard M. Henry and Does One through Twenty - Superior Court of the State of California in and for the County of San Francisco - Deposition - 2007 - CGC 04-436893

Dwight Lunkley vs. Sharon A. Lynn, Personal Representative of the Estate of William Rigsby, individually and dba Humbug Automotive, the Estate of William Rigsby, and Does 1 through 50 in the Superior Court of California in and for the County of Yuba - Deposition – 2007 –CVPM 03-000649

John Fulton v. Walters & Wolf Glass Company, et. Al. in the Superior Court of Alameda County – Testimony Pending & Deposition – 2008 – RG 05233914

