# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Restitution Hearing, September 3, 2008
**Case Number:** CR-07-00610-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. BERNADETTE ESCUE**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Bernadette Escue |
| **Attorneys Present:** Joseph Fazioli | **Attorneys Present:** Mark Vermeulen |

PROCEEDINGS:

   Restitution hearing held. Counsel and defendant are present. Continued to 10/1/08 at 10:00 a.m for evidentiary hearing. The Court directs plaintiff to file additional declaration by 9/17/08.