MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

RAVEN M. NORRIS (CABN 232868)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6915
    FAX: (415) 436-6570
    Raven.Norris@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 07-0610 JF |
| Plaintiff, | DISPOSITION ORDER (WAGE GARNISHMENT) |
| v. | |
| BERNADETTE ESCUE, | |
| Defendant, | |
| ON THE MOVE, | |
| Garnishee. | |

    The United States has filed its Application for Disposition Order (Writ of Continuing Garnishment).

The Court finds that:

1. Judgment debtor and defendant Bernadette Escue (hereinafter "Defendant") is indebted to plaintiff United States of America in the original amount of $110,397.53, plus interest, arising out of a Judgment entered on November 3, 2008, in the United States District Court for the Northern District of

DISPOSITION ORDER
CR 07-0610 JF

1  California in the above-captioned case. As of July 2, 2014, the balance due on this debt was
2  $114,724.91.
3  2.     The Court issued its Writ of Continuing Garnishment, directed to the Garnishee On the Move,
4  and the Writ was served on the Garnishee.
5  3.     The Garnishee filed an answer to the Writ indicating that at the time of the service of the Writ,
6  the Garnishee owed the Defendant money and will owe the Defendant money in the foreseeable future.
7  The payment type was identified as "wages."
8  4.     On August 3, 2014, the Defendant was notified of her right to a hearing and to object to the
9  Garnishee's Answer. The Defendant has neither requested a hearing nor filed an objection to the
10 Garnishee's Answer, and the time to do so has expired.
11 Based on the foregoing, and for good cause shown,
12     IT IS HEREBY ORDERED that the Garnishee, On the Move shall pay to the Plaintiff, out of
13 each weekly paycheck, 25% of Defendant's non-exempt disposable earnings under the Order of
14 Withholding From Earnings, and to continue said payments to the Plaintiff until the judgment debt to the
15 Plaintiff is paid in full, until the Garnishee no longer has possession, custody, or control of any earnings
16 belonging to the Defendant, or until further Order of the Court.

18  Dated: September 29, 2014

_____
BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

DISPOSITION ORDER
CR 07-0610 JF